FILED

2018 APR 11. PM 12: 50

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

3:18 CR 165

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | MAG. JUDGE JAMES R. KNEPP II |
| v. | ) | |
| | ) | |
| IBRAHIM ZUBAIR MOHAMMAD, | ) | INFORMATION |
| | ) | 18 U.S.C. § 2339C(c)(2)(B) |
| Defendant. | ) | |
| | ) | |

**COUNT ONE**
**(Concealment of Financing of Terrorism)**

The United States Attorney charges:

From a date unknown, but at least as early as in or about September 2011, and continuing until at least in or about January 2012, in the Northern District of Ohio, and elsewhere, defendant IBRAHIM ZUBAIR MOHAMMAD did knowingly conceal and disguise the nature, location, source, ownership and control of material support and resources, and funds, knowing that such funds were provided and collected, in violation of Title 18, United States Code, Section 2339C(a).

All in violation of Title 18, United States Code, Section 2339C(c)(2)(B).

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY

ORIGINAL